UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  **CV 23-5964-MWF(PVCx)** | Date: September 25, 2023 |
| Title  **Jasen Cheatham v. Keyes European, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER OF DISMISSAL**

On July 24, 2023, Plaintiff Jasen Cheatham filed a Complaint against Defendants Keyes European and Bank of America.  (Complaint (Docket No. 1)).  Plaintiff also filed a Request to Proceed In Forma Pauperis.  (IFP (Docket No. 2)).

On August 15, 2023, the Court filed an Order on Request to Proceed In Forma Pauperis.  (IFP Order (Docket No. 8)).  The Order stated that Plaintiff had not submitted enough information for the Court to ascertain if he is able to pay the filing fees.  (*Id.*).  Plaintiff was ordered to re-file a fully completed Request [to Proceed In Forma Pauperis] on the Court's CV-60 form, or pay the full filing fee of $402.  Plaintiff was warned that the case will be dismissed without prejudice if he failed to comply within 30 days.

More than 30 days from the date of the Order have now passed, and Plaintiff has not filed a fully completed Request or paid the $402 filing fee.  Accordingly, this case is hereby **DISMISSED** without prejudice.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.